IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERONIMO REGALADO,

      Plaintiff,

vs.                                                   Case 1:09-cv-00502-CG-WDS

DRB ELECTRIC, INC.,

      Defendant.

## ORDER EXTENDING DISCOVERY DEADLINES AND
## DEADLINE FOR DISCLOSING EXPERTS AND FILING PRETRIAL MOTIONS

**THIS MATTER** having come before the Court upon Defendant's Motion to Extend Deadlines, and the Court having reviewed the motion and being otherwise fully advised in the premises **FINDS,** that the motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the deadlines for disclosure of experts, for completion of discovery and for filing of pretrial motions will each be extended for an additional sixty (60) days and the trial will be reset on the Court's 2011 trial docket.

_____
HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

**APPROVED:**

**MONTOYA LAW, INC.**

*Telephonic Approval 8-18-10*
Dennis W. Montoya, Esq.
*Attorney for Plaintiff*
P.O. Box 15235
Rio Rancho, NM 87174-0235
(505) 246-8499

**HALE & DIXON, P.C.**

*/s/ Timothy S. Hale*
Timothy S. Hale
*Attorney for Defendant*
612 First Street, NW
Albuquerque, NM 87102
(505) 232-6634